UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK R. CIABATTARI, et al., ) <br> ) <br> Plaintiff(s), ) <br> ) <br> v. ) <br> ) <br> TOYOTA MOTOR SALES, U.S.A., ) <br> INC., et al., ) <br> ) <br> Defendant(s). ) <br> _____) | No. C05-4289 BZ <br><br> **ORDER ADVANCING BRIEFING SCHEDULE** |

The Court is in receipt of defendants Toyota Motor Sales, U.S.A., Inc.'s and Goodyear Dunlop Tires North America, Ltd., LLC's motions to dismiss scheduled for hearing on January 4, 2006.  **IT IS HEREBY ORDERED** that plaintiffs' opposition to both motions shall be filed no later than **November 28, 2005** and that defendants' replies shall be filed no later than **December 7, 2005.**

On November 8, 2005, my courtroom deputy sent a letter to the parties regarding consent to magistrate judge jurisdiction.  **IT IS FURTHER ORDERED** that the parties complete the consent or non-consent form and return in to the Court no later than **December 1, 2005.**  The parties can download this

1

form at www.cand.uscourts.gov.  The parties are free to withhold consent without adverse consequences.

Dated:  November 10, 2005

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\CIABATTARI\SCHEDULING.ORD.wpd