KEMNITZER, ANDERSON, BARRON & OGILVIE, LLP
Mark F. Anderson (SBN 44787)
Kan Tung Donohoe (SBN 197785)
445 Bush Street, Sixth Floor
San Francisco, CA 94108
Telephone: (415) 861-2265
Fax: (415) 861-3151

Attorneys for Plaintiff Mark R Ciabattari and all others similarly situated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mark R Ciabattari, and all other persons similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>Toyota Motor Sales, U.S.A., Inc., a California corporation, et al,<br><br>    Defendants. | Case No. C-05-04289 SC<br><br>Second Stipulation Continuing Plaintiff's Motion to Remand this Action to the Superior Court,   Defendant Toyota Motor Sales, U.S.A., Inc.'s Motion to Dismiss, and Defendant Goodyear Dunlop Tires North America, Ltd's Motion to Dismiss or, Alternatively, to Strike Portions of the Plaintiff's Complaint and (proposed) Order |

Whereas, plaintiff has pending a motion to remand this action to the Superior Court;

Whereas, defendant Toyota Motor Sales, U.S.A., Inc. has pending a motion to dismiss this action;

Whereas, defendant Goodyear Dunlop Tires North America, Ltd. has pending a motion to dismiss or, alternatively, to strike portions of the plaintiff's complaint;

Whereas, memoranda in opposition to each of these motions has been filed;

Whereas, there has been one previous stipulation to continue the hearing date for these motions;

Whereas, each of these motions is currently set to be heard on February 24, 2006;

Whereas, currently the last day to meet and confer re initial disclosures, early settlement, ADR process selection and discovery plan and to file Joint ADR Certification with Stipulation to ADR process or Notice of Need for ADR Phone Conference is February 6, 2006;

Whereas, the last day to complete initial disclosures or state objection to Rule 26(f) Report, file/serve Case Management Statement, and file/serve Rule 26(f) Report is February 21, 2006;

Whereas, the Case Management Conference is currently set for March 10, 2006; and

Whereas, the parties will be exploring early resolution of this matter and have scheduled an in-person meeting for that purpose on March 6, 2006;

IT IS HEREBY STIPULATED, by and between counsel, that the pending motions may be continued to Friday, April 7, 2006, at 10:00 AM, and that the parties' respective reply memoranda shall filed and served 14 days before the hearing date.

IT IS FURTHER STIPULATED that the last day to meet and confer re initial disclosures, early settlement, ADR process selection, and discovery plan shall be April 14, 2006; the last day to file Joint ADR Certification with Stipulation to ADR process or Notice of Need for ADR Phone Conference shall be April 14, 2006;

IT IS FURTHER STIPULATED that the last day to complete initial disclosures or state objection to Rule 26(f) Report, file/serve Case Management Statement, and file/serve Rule 26(f) Report shall be April 28, 2006; and

IT IS FURTHER STIPULATED that the Case Management Conference shall be held on a date convenient to the Court sometime after April 28, 2006.

Dated: January 24, 2006.				KEMNITZER, ANDERSON, BARRON & OGILVIE LLP

								By	/s/ Mark F Anderson
									Mark F Anderson
									Attorney for Plaintiff & the Class

1 | Dated: January ___, 2006.

2 |                                       WILSON, ELSER, MOSKOWITZ, EDELMAN,
3 |                                       & DICKER LLP

4 |
5 |                                       By    /s/ Christine Starkie
                                                  Christine Starkie
                                                  Attorney for Defendant Goodyear Dunlop
6 |                                               Tires North America, Ltd.

7 | Dated: January ___, 2006.

8 |                                       O'MELVENY & MYERS LLP
9 |

10 |                                      By /s/ Thomas M Riordan
                                                Thomas M Riordan
11 |

12 |
**Order Continuing Motions & Resetting Case Schedule**

13 |
    Based upon the parties' stipulation and for good cause shown, the hearing on the motions referenced above shall be continued to Friday, April 7, 2006, at 10:00 AM; the last date to meet and confer re initial disclosures, early settlement, ADR process selection, and discovery plan shall be April 14, 2006; the last day to file Joint ADR Certification with Stipulation to ADR process or Notice of Need for ADR Phone Conference shall be April 14, 2006; the last day to complete initial disclosures or state objection to Rule 26(f) Report, file/serve Case Management Statement, and file/serve Rule 26(f) Report shall be April 28, 2006; and the Case Management Conference shall be held on __May____, _12_ 2006.

Dated: January 25, 2006.

_____
United States District [Judge]

IT IS SO ORDERED
Judge Samuel Conti