KEMNITZER, ANDERSON, BARRON & OGILVIE, LLP
Mark F. Anderson (SBN 44787)
Kan Tung Donohoe (SBN 197785)
445 Bush Street, Sixth Floor
San Francisco, CA 94108
Telephone: (415) 861-2265
Fax: (415) 861-3151

Attorneys for Plaintiff Mark R Ciabattari and all others similarly situated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mark R Ciabattari, and all other persons similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>Toyota Motor Sales, U.S.A., Inc., a California corporation, et al,<br><br>　　　　　　Defendants. | Case No. C-05-04289 SC<br><br>Third Stipulation Continuing Plaintiff's Motion to Remand this Action to the Superior Court, Defendant Toyota Motor Sales, U.S.A., Inc.'s Motion to Dismiss, and Defendant Goodyear Dunlop Tires North America, Ltd's Motion to Dismiss or, Alternatively, to Strike Portions of the Plaintiff's Complaint and (proposed) Order |

　　　Whereas, plaintiff has pending a motion to remand this action to the Superior Court;

　　　Whereas, defendant Toyota Motor Sales, U.S.A., Inc. has pending a motion to dismiss this action;

　　　Whereas, defendant Goodyear Dunlop Tires North America, Ltd. has pending a motion to dismiss or, alternatively, to strike portions of the plaintiff's complaint;

　　　Whereas, memoranda in opposition to each of these motions has been filed;

　　　Whereas, there have been two previous stipulations to continue the hearing date for these motions;

　　　Whereas, each of these motions is currently set to be heard on April 7, 2006;

1  Whereas, currently the last day to meet and confer re initial disclosures, early settlement, ADR process selection and discovery plan and to file Joint ADR Certification with Stipulation to ADR process or Notice of Need for ADR Phone Conference is April 14, 2006;

Whereas, the last day to serve initial disclosures or state any objection to Rule 26(f) Reports, to file the Case Management Statement, and to file Rule 26(f) Reports is April 28, 2006;

Whereas, the Case Management Conference is currently set for May 12, 2006;

Whereas, on February 8, 2006, plaintiff joined with plaintiffs in similar class actions pending in federal district courts in Connecticut, New York, New Jersey, Illinois and Florida filed a motion to have all the cases transferred to a single district court and coordinated and consolidated for pretrial purposes under 28 U.S.C. § 1407, to which motion defendants have acquiesced;

Whereas, on March 15, 2006, counsel for the plaintiffs in this and in the Connecticut, New York, New Jersey, Illinois and Florida actions met with counsel for each of the defendants in San Francisco to discuss a nationwide settlement;

Whereas, the parties need more time to either reach a memorandum of understanding on settlement of these actions or to determine if settlement is not possible at this stage of the proceedings;

IT IS HEREBY STIPULATED, by and between counsel, that the pending motions may be continued to Friday, June 16, 2006, at 10:00 AM, and that the parties' respective reply memoranda shall filed and served 14 days before the hearing date.

IT IS FURTHER STIPULATED that the last day to meet and confer re initial disclosures, early settlement, ADR process selection, and discovery plan shall be June 23, 2006; the last day to file Joint ADR Certification with Stipulation to ADR process or Notice of Need for ADR Phone Conference shall be June 23, 2006;

IT IS FURTHER STIPULATED that the last day to serve initial disclosures or state any objection to the Rule 26(f) Report, to file the Case Management Statement, and to file the Rule 26(f) Report shall be June 30, 2006; and

IT IS FURTHER STIPULATED that the Case Management Conference shall be held on either Friday, July 7, 2006, at 10:00 AM or such date thereafter as may be convenient to the Court.

Dated: March 17, 2006.               KEMNITZER, ANDERSON, BARRON & OGILVIE LLP

                                     By     /s/ Mark F Anderson
                                            Mark F Anderson
                                            Attorney for Plaintiff & the Class

Dated: March 20, 2006.

                                     WILSON, ELSER, MOSKOWITZ, EDELMAN,
                                     & DICKER LLP


                                     By     /s/ Christine Starkie
                                            Christine Starkie
                                            Attorney for Defendant Goodyear Dunlop
                                            Tires North America, Ltd.

Dated: March 17, 2006.

                                     O'MELVENY & MYERS LLP


                                     By /s/ Thomas M Riordan
                                            Thomas M Riordan


**Order Continuing Motions & Resetting Case Schedule**

Based upon the parties' stipulation and for good cause shown, the hearing on the motions referenced above shall be continued to Friday, June 16, 2006, at 10:00 AM; the last date to meet and confer re initial disclosures, early settlement, ADR process selection, and discovery plan shall be June 23, 2006; the last day to file Joint ADR Certification with Stipulation to ADR

1  process or Notice of Need for ADR Phone Conference shall be June 23, 2006; the last day to

2  serve initial disclosures or state objection to Rule 26(f) Report, to file the Case Management

3  Statement, and to file the Rule 26(f) Report shall be June 30, 2006; and the Case Management

4  Conference shall be held on July 7, 2006.

5  Dated: March 20 , 2006.

