1  RALPH W. ROBINSON (SBN 51436)
   RONALD S. BUSHNER (SBN 98352)
2  CHRISTINE STARKIE (SBN 226354)
   ANNTIM J. VULCHEV (SBN 232166)
3  WILSON, ELSER, MOSKOWITZ,
   EDELMAN & DICKER LLP
4  650 California Street, 14th Floor
5  San Francisco, CA  94108-2718
   Telephone:    (415) 433-0990
6  Facsimile:    (415) 434-1370

7  Attorneys for Defendants,
8  GOODYEAR DUNLOP TIRES NORTH AMERICA, LTD.,
   erroneously named herein as GOODYEAR DUNLOP TIRES
9  NORTH AMERICA, LTD., LLC

10                 UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12 Mark R Ciabattari, and all other persons      ) Case No. C-05-04289 SC
   similarly situated,                           )
13                                                ) FOURTH STIPULATION CONTINUING
                                                  ) DEFENDANT GOODYEAR DUNLOP TIRES
14            Plaintiffs,                         ) NORTH AMERICA, LTD'S MOTION TO
                                                  ) DISMISS OR, ALTERNATIVELY, TO
15       vs.                                      ) STRIKE PORTIONS OF THE PLAINTIFF'S
                                                  ) COMPLAINT, DEFENDANT TOYOTA
16 Toyota Motor Sales, U.S.A., Inc., a California ) MOTOR SALES, U.S.A., INC.'S MOTION TO
   corporation, et al,                            ) DISMISS, AND PLAINTIFF'S MOTION TO
17                                                ) REMAND THIS ,ACTION TO THE
            Defendants.                           ) SUPERIOR COURT;
18                                                ) [PROPOSED] ORDER
19                                                )
                                                  )
20
21 _____
22
       Whereas, defendant Goodyear Dunlop Tires North America, Ltd. has pending a motion to
23
   dismiss or, alternatively, to strike portions of the plaintiff's complaint;
24
       Whereas, defendant Toyota Motor Sales, U.S.A., Inc. has pending a motion to dismiss
25
   this action;
26
       Whereas, plaintiff has pending a motion to remand this action to the Superior Court;
27
28

---
Stipulation to Continue Motion Hearings and Case Schedule
218461.1

1  Whereas, memoranda in opposition to each of these motions has been filed;

2  Whereas, there have been three previous stipulations to continue the hearing date for

3  these motions;

4  Whereas, each of these motions is currently set to be heard on June 16, 2006;

5  Whereas, currently the last day to meet and confer re initial disclosures, early settlement,

6

7  ADR process selection and discovery plan and to file Joint ADR Certification with Stipulation to

8  ADR process or Notice of Need for ADR Phone Conference is June 23, 2006;

9  Whereas, the last day to serve initial disclosures or state any objection to Rule 26(f)

10  Reports, to file the Case Management Statement, and to file Rule 26(f) Reports is June 30, 2006

11  Whereas, the Case Management Conference is currently set for July 7, 2006

12  Whereas, on February 8, 2006, plaintiff joined with plaintiffs in similar class actions

13

14  pending in federal district courts in Connecticut, New York, New Jersey, Illinois and Florida

15  filed a motion to have all the cases transferred to a single district court and coordinated and

16  consolidated for pretrial purposes under 28 U.S.C. § 1407;

17  Whereas, on March 15, 2006 and May 22, 2006, counsel for the plaintiffs in this and in

18  the Connecticut, New York, New Jersey, Illinois and Florida actions met with counsel for each

19  of the defendants in San Francisco to discuss a nationwide settlement;

20

21  Whereas, the parties believe that they have reached a settlement, which is currently being

22  finalized;

23  IT IS HEREBY STIPULATED, by and between counsel, that the pending motions may

24  be continued to Friday, August 25, 2006 at 10:00 AM, and that the parties' respective reply

25  memoranda shall filed and served 14 days before the hearing date.

26  IT IS FURTHER STIPULATED that the last day to meet and confer re initial

27  disclosures, early settlement, ADR process selection, and discovery plan shall be September 1,

28

---

1  2006; the last day to file Joint ADR Certification with Stipulation to ADR process or Notice of
2  Need for ADR Phone Conference shall be September 1, 2006;
3      IT IS FURTHER STIPULATED that the last day to serve initial disclosures or state any
4  objection to the Rule 26(f) Report, to file the Case Management Statement, and to file the Rule
5  26(f) Report shall be September 8, 2006; and
6
7      IT IS FURTHER STIPULATED that the Case Management Conference shall be held on
8  either Friday, September 15, 2006, at 10:00 AM or such date thereafter as may be convenient to
9  the Court.

10 Dated: May 24, 2006          WILSON, ELSER, MOSKOWITZ, EDELMAN, & DICKER LLP

11                              By   /s/ Christine Starkie
12                                   Christine Starkie
                                     Attorney for Defendant Goodyear Dunlop
13                                   Tires North America, Ltd.

14 Dated: May 24, 2006          KEMNITZER, ANDERSON, BARRON & OGILVIE LLP
15
                                By   /s/ Mark F Anderson
16                                   Mark F Anderson
                                     Attorney for Plaintiff & the Class
17

18 Dated: May 24, 2006          O'MELVENY & MYERS LLP
19
20                              By /s/ Thomas M Riordan
                                   Thomas M Riordan
21

---

Stipulation to Continue Motion Hearings and Case Schedule

218461.1

1  2006; the last day to file Joint ADR Certification with Stipulation to ADR process or Notice of
2  Need for ADR Phone Conference shall be September 1, 2006;
3      IT IS FURTHER STIPULATED that the last day to serve initial disclosures or state any
4  objection to the Rule 26(f) Report, to file the Case Management Statement, and to file the Rule
5  26(f) Report shall be September 8, 2006; and
6
7      IT IS FURTHER STIPULATED that the Case Management Conference shall be held on
8  either Friday, September 15, 2006, at 10:00 AM or such date thereafter as may be convenient to
9  the Court.

10 Dated: May 24, 2006          WILSON, ELSER, MOSKOWITZ, EDELMAN, & DICKER LLP

11                             By   /s/ Christine Starkie
12                                  Christine Starkie
                                    Attorney for Defendant Goodyear Dunlop
13                                  Tires North America, Ltd.

14 Dated: May 24, 2006          KEMNITZER, ANDERSON, BARRON & OGILVIE LLP

15                             By   /s/ Mark F Anderson
16                                  Mark F Anderson
                                    Attorney for Plaintiff & the Class
17

18 Dated: May 24, 2006          O'MELVENY & MYERS LLP

19
20                             By   /s/ Thomas M Riordan
                                    Thomas M Riordan
21
22
23
24
25
26
27
28

---
218461.1

Stipulation to Continue Motion Hearings and Case Schedule

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mark R Ciabattari, and all other persons similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>Toyota Motor Sales, U.S.A., Inc., a California corporation, et al,<br><br>    Defendants. | Case No. C-05-04289 SC<br><br>[PROPOSED] ORDER CONTINUING MOTION HEARINGS AND CASE SCHEDULE |

Based upon the parties' stipulation and for good cause shown, the hearing on the motions referenced above shall be continued to Friday, August 25, 2006, at 10:00 AM; the last date to meet and confer re initial disclosures, early settlement, ADR process selection, and discovery plan shall be September 1, 2006; the last day to file Joint ADR Certification with Stipulation to ADR process or Notice of Need for ADR Phone Conference shall be September 1, 2006; the last day to serve initial disclosures or state objection to Rule 26(f) Report, to file the Case Management Statement, and to file the Rule 26(f) Report shall be September 8, 2006; and the Case Management Conference shall be held on ~~September 15, 2006.~~ September 22, 2006 at 10:00 a.m.

Dated: May 30, 2006

_____
United States

IT IS SO ORDERED
[signature]
Judge Samuel Conti

[PROPOSED] ORDER CONINUING HEARINGS AND CASE SCHEDULE

218461.1