

DOCKET NO. 1765

C 05-4289 SC

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE TOYOTA SIENNA AWD TIRES PRODUCTS LIABILITY LITIGATION

### (SEE ATTACHED SCHEDULE A)

### ORDER DEEMING MOTION WITHDRAWN AND VACATING THE MAY 25, 2006 HEARING SESSION

Before the Panel is a motion by plaintiffs in five of the six actions listed on the attached Schedule A seeking centralization of these actions, pursuant to 28 U.S.C. § 1407, in the Central District of California or alternatively in the Southern District of New York, for coordinated or consolidated pretrial proceedings. The moving plaintiffs now seek to withdraw their Section 1407 motion.

IT IS THEREFORE ORDERED that the motion for transfer under 28 U.S.C. § 1407 is DEEMED WITHDRAWN.

IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on April 13, 2006, are VACATED insofar as they relate to this litigation.

FOR THE PANEL:

Wm. Terrell Hodges
Chairman

A CERTIFIED TRUE COPY

MAY 2 4 2006

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

## SCHEDULE A

MDL-1765 -- In re Toyota Sienna AWD Tires Products Liability Litigation

### Northern District of California

*Mark Ciabattari v. Toyota Motor Sales U.S.A., Inc., et al.*, C.A. No. 3:05-4289

### District of Connecticut

*Thomas F. Pear v. Toyota Motor Sales U.S.A., Inc., et al.*, C.A. No. 3:05-1778

### Middle District of Florida

*Kyle Bressler, M.D. v. Toyota Motor Sales U.S.A., Inc., et al.*, C.A. No. 2:05-544

### Northern District of Illinois

*Patricia Beaird, et al. v. Toyota Motor Sales U.S.A., Inc., et al.*, C.A. No. 1:06-466

### District of New Jersey

*Jess Collinson, et al. v. Toyota Motor Sales U.S.A., Inc., et al.*, C.A. No. 2:05-5471

### Southern District of New York

*Stanley Monk v. Toyota Motor Sales U.S.A., Inc., et al.*, C.A. No. 1:05-10562