KEMNITZER, ANDERSON, BARRON & OGILVIE, LLP
Mark F. Anderson (SBN 44787)
Kan Tung Donohoe (SBN 197785)
445 Bush Street, Sixth Floor
San Francisco, CA 94108
Telephone: (415) 861-2265
Fax: (415) 861-3151

Attorneys for Plaintiff Mark R Ciabattari and all others similarly situated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mark R Ciabattari, and all other persons similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　　vs.<br><br>Toyota Motor Sales, U.S.A., Inc., a California corporation, et al,<br><br>　　　　　　Defendants. | Case No. C-05-04289 SC<br><br>Stipulation Setting Briefing Schedule for Hearing on the Parties' Joint Motion for Preliminary Approval of a Nationwide Class Action Settlement and Form of Notice and<br><br>(Proposed) Order |

　　　　Whereas, on May 22, 2006, the parties reached a nationwide settlement of all claims in this action and related pending actions with the assistance of the Hon. Edward Infante of JAMS;

　　　　Whereas, the parties have agree to present the settlement to this Court for approval pursuant to Rule 23 of the Federal Rules of Civil Procedure;

　　　　Whereas, plaintiff joined with plaintiffs in similar class actions pending in federal district courts in Connecticut, New York, Ohio, New Jersey, Illinois and Florida;

　　　　Whereas, plaintiffs have withdrawn their motion made to the MDL Panel to have all the cases transferred to a single district court and coordinated and consolidated for pretrial purposes under 28 U.S.C. § 1407;

　　　　Whereas, the parties have stipulated to the filing of plaintiff's First Amended Complaint adding Bridgestone/Firestone North America Tire, LLC, one of the tire company suppliers to this

1  action, Toyota Motor North America, Inc., a related entity to Toyota Motor Sales, U.S.A. Inc.,

2  with the consent of those entities and with the understanding that that entities will promptly

3  appear in this action;

4

5        Whereas, the parties currently have scheduled a hearing on August 3, 2006, in this Court

6  for preliminary approval of the settlement and the form of notice to be sent to the class;

7        Whereas, the parties wish to move the date for hearing up to July 7, 2006, in order to

8  expedite the settlement process;

9        Whereas, the parties are prepared to submit their joint motion for preliminary approval of

10 the nationwide settlement by June 23, 2006, with no other pleadings to follow;

11       IT IS HEREBY STIPULATED, by and between counsel that the parties will submit their

12 joint motion for preliminary approval of the nationwide settlement and form of notice by June

13 23, 2006, with no other pleadings to follow, for hearing on July 7, 2006.

14

15 Dated: June 9, 2006.                     KEMNITZER, ANDERSON, BARRON & OGILVIE LLP

16                                         By    /s/ Mark F Anderson
                                                 Mark F Anderson
17                                               Attorney for Plaintiff & the Class

18 Dated: June 9, 2006.

19                                         WILSON, ELSER, MOSKOWITZ, EDELMAN,
                                           & DICKER LLP
20

21                                         By    /s/ Ralph Robinson
                                                 Ralph Robinson
22                                               Attorney for Defendant Goodyear Dunlop
                                                 Tires North America, Ltd.
23
   Dated: June 8, 2006.
24
                                           O'MELVENY & MYERS LLP
25

26
                                           By /s/ Jillian B. Allen
27                                             Jillian B. Allen

28

**Order Setting Special Briefing Schedule for Hearing on Plaintiffs' Motion for Preliminary Approval of Settlement and Form of Notice**

Based upon the parties' stipulation and for good cause shown, the parties shall file their joint motion for preliminary approval of the settlement and form of notice to be sent to the class members by June 23, 2006, with no other pleadings to follow. The hearing on the motion shall be held on Friday, July 7, 2006, at 10:00 AM.

Dated: June 12, 2006.



IT IS SO ORDERED

Judge Samuel Conti